UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:18-cv-07507-DMG (MAA)**　　　　　　　　　　Date: **October 22, 2018**

Title　**Jesus Salvador Avelar v. California Medical Facility**

Present: The Honorable:　**MARIA A. AUDERO, U.S. Magistrate Judge**

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:　　　　Attorneys Present for Respondent:
　　　　　　N/A　　　　　　　　　　　　　　　　　　　　N/A

**Proceedings (In Chambers):**　　Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

　　Plaintiff Jesus Salvador Avelar ("Plaintiff"), a prisoner proceeding *pro se*, sent a letter to the Court complaining of medical issues and requesting better medical treatment, which the Clerk docketed as a civil rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint," ECF No. 1). However, Plaintiff neither paid the required $400 filing fee nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* ECF No. 2.)

　　On August 30, 2018, the Court issued an Order Re: Application to Proceed *In Forma Pauperis* ("Order," ECF No. 4), which ordered Plaintiff, within thirty (30) days after the date of the Order, to submit the $400 filing fee or application to proceed *in forma pauperis* with the required supporting documentation. (*Id.*) The Court cautioned Plaintiff that failure to comply with the Order "will result in a recommendation that the Complaint be dismissed."

　　To date, Plaintiff has submitted neither the $400 filing fee nor an application to proceed *in forma pauperis*. Plaintiff is **ORDERED TO SHOW CAUSE** by **November 21, 2018** why the Court should not recommend that the case be dismissed without prejudice for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

It is so ordered.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Initials of Preparer**　　cw