JS-6

FILED
CLERK, U.S. DISTRICT COURT
1/9/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Salvador Avelar<br><br>　　　　　Plaintiff,<br>　　v.<br><br>California Medical Facility,<br><br>　　　　　Defendant. | Case No. CV18-07507-DMG (MAA)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the above-captioned action is dismissed, in its entirety, without prejudice.

DATED: January 9, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE